

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2015

No. 04-15-00408-CR

Armando Garcia **VILLEGAS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 365296
Jason Garrahan, Judge Presiding

# O R D E R

On July 17, 2015, appellant filed "Defendant's Motion For the Record in Forma Pauperis" in the trial court. We then abated the appeal and remanded to the trial court for a hearing to determine whether appellant is indigent and is entitled to receive a free reporter's record on appeal. *See* TEX. R. APP. P. 20.2. On July 31, 2015, the trial court clerk filed a supplemental clerk's record. The record reflects that the trial court signed an order denying appellant's motion for preparation of the reporter's record at no cost.

It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2015.



Keith E. Hottle
Clerk of Court